IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| A. V. R.<br><br>**Plaintiff(s),**<br><br>v.<br><br>GUAYNABO DULCES PARAISO DE LAS FIESTAS, *et al.*,<br><br>**Defendant(s),** | CIVIL NO. 16-2623 (JAG) |

## JUDGMENT

Pursuant to the parties' Stipulation of Dismissal, Docket No. 17, Judgment is hereby entered dismissing this case WITH PREJUDICE. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 20th day of July, 2017.

<u>s/ Jay A. Garcia-Gregory</u>
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE